David A. Wallis, SBN95548
Law Office of David A. Wallis
2251 Harvard St., Suite 100
Sacramento, CA 95815
T: 916-921-9353
F: 916-921-9040

Attorneys for Defendant Saeeda Shah
(erroneously sued herein as Shah Saeeda),
individually and d/b/a Lodi Discount Tobacco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson, | Case No.: 2:12-CV-01100-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| Bhakta Suresbhai, Individually and d/b/a Postal Annex; Shah Saeeda, Individually and d/b/a Lodi Discount Tobacco; Chea Sry, Individually and d/b/a Lodi Cuts; Suresh M. Bhakta; Savita Bhakta, | |
| Defendants. | |

The undersigned parties to the instant matter hereby stipulate to dismiss defendant Saeeda Shah (erroneously sued herein as Shah Saeeda), individually and dba Lodi Discount Tobacco. Said dismissal is based on the settlement entered into between Plaintiff Scott Johnson and defendant Saeeda Shah dba Lodi Discount Tobacco.

///
///
///
///

1

DATED: 11/20/13

/S/ Scott N. Johnson

Scott N. Johnson, Plaintiff In Pro Per
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758

DATED: 11/20/13

/S/ David A. Wallis as authorized by
Michael D. Welch

---

Michael D. Welch, SBN111022, Attorney for
Defendants Bhakta Suresbhai, individually and
dba Postal Annex; Chea Sry, individually and
dba Lodi Cuts; Suresh M. Bhakta; Savita Bhakta
770 L Street, Suite 950
Sacramento, CA 95814

DATED: 11/20/13

/S/ David A. Wallis

---

David A. Wallis, SBN95548, Attorney for
Defendant Saeeda Shah, individually and
dba Lodi Discount Tobacco
2251 Harvard St., Suite 100
Sacramento, CA 95815

ORDER

IT IS SO ORDERED.

DATED:   December 11   2013

/s/ Edmund F. Brennan

EDMUND F. BRENNAN
U.S. Magistrate Judge