SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff;<br><br>  vs.<br><br>Bhakta Sureshbhai, et al,<br><br>      Defendants. | Case No. **2:12-cv-01100-EFB**<br><br>**PROPOSED ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Bhakta Sureshbhai; Chea Sry; Suresh M. Bhakta; Savita Bhakta Without Prejudice** |

IT IS SO ORDERED THAT the remaining defendants, Bhakta Sureshbhai, Chea Sry, Suresh M. Bhakta, and Savita Bhakta, are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). The Clerk is directed to close this case.

Dated:  March 13, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE